IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KENNETH CARTWRIGHT,

    Plaintiff

v                                      Civil: C-1-02-468

POLYMARK TECHNOGRAPHICS,

    Defendant

**ORDER**

Plaintiff's Motion to Vacate Order of Dismissal (#17) is hereby WITHDRAWN pursuant to request by counsel for plaintiff.

**IT IS SO ORDERED.**

                                                    _____s/Herman J. Weber_____
                                                    **Herman J. Weber, Senior Judge**
                                                    **United States District Court**